Charles M. Greenberg (License #17661)
CMG@triadlawgroup.com
**TRIAD LAW GROUP**
21612 Chinook Road
Woodway, WA 98020
Telephone: (425) 774-0138

Thiago M. Coelho (pro hac vice forthcoming)
thiago@wilshirelawfirm.com
Jonas P. Mann (pro hac vice forthcoming)
jmann@wilshirelawfirm.com
Jennifer M. Leinbach (pro hac vice forthcoming)
jleinbach@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs
and Proposed Class Counsel*

**WESTERN DISTRICT OF WASHINGTON**

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| PLAINTIFFS JOY PECZNICK and GIL KAUFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Joy Pecznick and Gil Kaufman, individually and on behalf of all others similarly situated, bring this action based upon their personal knowledge and their own acts, and as to all other matters upon information and belief, based upon, *inter alia*, their attorneys' investigation.

**NATURE OF THE ACTION**

1. Defendant Amazon.com, Inc. ("Amazon" or "Defendant") is a multinational technology company headquartered in Seattle, Washington. In addition to providing cloud computing, artificial intelligence and digital streaming services, it also holds a major influence over e-commerce.

2. Since its founding in 1994, Amazon has become the parent of numerous subsidiary companies. In 2017, Amazon acquired Whole Foods Market, Inc. ("Whole Foods"), a high-end supermarket chain for around $13 billion. At the time, Whole Foods had over 400 stores.

3. On or around February 2018, Amazon began enabling Amazon Prime[1] members in various regions of the United States to order groceries from Whole Foods and have the groceries delivered for free with a minimum $35 purchase.

4. Free Whole Foods delivery became a major selling point for Amazon when promoting its Amazon Prime membership. Indeed, the free Whole Foods two-hour delivery was considered "a key perk of their [Amazon's] $119-per-year Amazon Prime membership."[2] During the coronavirus pandemic, Amazon's free Whole Foods delivery became one of Prime's most important features.

5. It is no surprise that Amazon Prime customers were devastated when, in 2021, Amazon pulled the rug out from its customers and began notifying Prime members that Whole Foods deliveries would no longer be free with a minimum $35 purchase. By October 25, 2021, a $9.95 fee was added to *every* Whole Foods delivery order placed via Amazon Prime.

6. When Amazon eliminated Prime's free Whole Foods delivery program, however, the cost of a Prime membership was not reduced accordingly, nor was a partial refund offered.

---

[1] Amazon Prime is a paid subscription program that allows consumers to pay for a monthly or yearly subscription.
[2] https://www.supermarketnews.com/online-retail/whole-foods-go-chainwide-new-grocery-delivery-fee.

1

7.      Hundreds of thousands, if not millions, of Amazon Prime members paid for a membership because they wanted to take advantage of Prime's free Whole Foods delivery service. As a result of Amazon's unfair business practices, consumers paid $119 for a service that was unfairly terminated. Prime members did not receive the benefit of their membership bargain.

**THE PARTIES**

8.      Plaintiff Joy Pecznick is a California citizen residing in La Crescenta-Montrose, California. Since enrolling in Amazon Prime, Pecznick made use of Whole Food delivery benefits promised to her as an Amazon Prime member. In particular, Pecznick has placed orders with Whole Foods Market and used Amazon's previously free two-hour delivery service. This was a particularly important Prime benefit for Pecznick because she had fractured her ankle in 2021, making it difficult to go grocery shopping in-store. As a result of Amazon instituting the $9.95 Whole Foods delivery fee on October 25, 2021, Pecznick has been deprived of her benefit of the $119 bargain.

9.      Plaintiff Gil Kaufman is a California citizen residing in Torrance, California. Since enrolling in Amazon Prime, Kaufman made use of Whole Food delivery benefits promised to him as an Amazon Prime member. In particular, Kaufman had placed orders with Whole Foods Market and used Amazon's previously free two-hour delivery service approximately every other week. As a result of Amazon instituting the $9.95 Whole Foods delivery fee on October 25, 2021, Kaufman has been deprived of his benefit of the $119 bargain.

10.     Defendant Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington, in King County, and is a citizen of Washington State.

**JURISDICTION AND VENUE**

11.     This Court has subject-matter jurisdiction pursuant to CAFA, 28 U.S.C. §1332(d), because the amount in controversy exceeds the sum of $5,000,000, exclusive of costs and interests, there are more than 100 members in the proposed Class, and Defendant is a citizen of a State different from that of at least one Class member.

12.     The Court has personal jurisdiction over Defendant because Amazon is headquartered in Washington and conducts substantial business activities in the state.

13. This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) because all claims alleged herein form part of the same case or controversy.

14. Venue is appropriate in this District because Amazon maintains its headquarters in this District.

## FACTUAL ALLEGATIONS

### Whole Foods Acquisition

15. On August 27, 2017, Amazon and Whole Foods announced that Amazon's acquisition of Whole Foods Market would close on Monday August 28, 2017, and the two companies would "together pursue the vision of making Whole Foods Market's high-quality, natural and organic food affordable for everyone." According to Amazon, as a down payment on that vision, "Whole Foods Market will offer lower prices starting Monday [the date of closing] on a selection of best-selling grocery staples across its stores, with more to come." Amazon touted that its members "will receive special savings and in-store benefits."[3]

16. The media regarded the acquisition as a "deal that will instantly transform the company that pioneered online shopping into a merchant with physical outposts in hundreds of neighborhoods across the country."[4]

17. Consumers also lauded the acquisition. "'Amazon could bring technology to all Whole Foods locations, or it could absorb Whole Foods into AmazonFresh. Either way, it's good for consumers like myself,'" said Di Wu, a New York resident in her early 30s who is a member of Amazon's Prime fast-shipping club and who shops at Whole Foods at least twice a week. "'Amazon is known to drive down prices and make the shopping experience more efficient,'" Wu said."[5]

18. The market also responded positively (for Amazon) to the news. Amazon's stock price rose on this news while that of grocery retailers such as Kroger's, Ahold Delhaize (parent

---

[3] https://press.aboutamazon.com/news-releases/news-release-details/amazon-and-whole-foods-market-announce-acquisition-close-monday.
[4] https://www.nytimes.com/2017/06/16/business/dealbook/amazon-whole-foods.html.
[5] https://www.reuters.com/article/us-whole-foods-m-a-amazon/amazon-to-buy-whole-foods-for-13-7-billion-wielding-online-might-in-brick-and-mortar-world-idUSKBN1971QJ.

company of Food Lion and Giant supermarkets), Sprouts Farmers Market, Supervalu, and Costco all declined. An estimated $22 billion of share value disappeared from grocery-related stocks in one day based on the knowledge of how a combined Amazon–Whole Foods go-to-market play might disrupt traditional grocery performance measures—and the performance measures of other retailers as well.[6]

19. At the time of the Whole Foods acquisition, Prime members paid $99 for their memberships and were offered additional benefits (*i.e.*, special savings and in-store benefits) for shopping at Whole Foods.

### Prime Members Offered Free Whole Foods Delivery

20. On February 8, 2018, Amazon and Whole Foods Market announced the introduction of free two-hour delivery from Whole Foods Market through Prime Now, with plans to expand across the U.S. in 2018:

> Starting today, Prime customers in neighborhoods of Austin, Cincinnati, Dallas and Virginia Beach can shop through Prime Now for bestselling items including fresh produce, high quality meat and seafood, everyday staples and other locally sourced items from Whole Foods Market. Customers can start shopping from Whole Foods Market selection at www.primenow.com or by using the Prime Now app available on Android and iOS devices.
>
> "We're happy to bring our customers the convenience of free two-hour delivery through Prime Now and access to thousands of natural and organic groceries and locally sourced favorites," said John Mackey, Whole Foods Market co-founder and CEO. "Together, we have already lowered prices on many items, and this offering makes Prime customers' lives even easier."
>
> Prime customers can shop thousands of items across fresh and organic produce, bakery, dairy, meat and seafood, floral and everyday staples from Whole Foods Market available for free two-hour delivery. Select alcohol is also available for delivery to customers. Prime members receive two-hour delivery for free and ultra-fast delivery within one hour for $7.99 on orders of $35 or more.
>
> Delivery from Whole Foods Market through Prime Now is available daily from 8 a.m. to 10 p.m. Customers can visit www.primenow.com or download the Prime Now app to enter their zip code to see if they are in the delivery area.

---

[6] https://www2.deloitte.com/us/en/pages/consumer-business/articles/amazon-whole-foods-acquisition.html.

4

COMPLAINT; DEMAND FOR JURY TRIAL

TRIAD LAW GROUP
21612 Chinook Road; Woodway, WA 98020
(425) 774-0138

21.     Whole Foods expanded delivery to Atlanta and San Francisco in March 2018; Los Angeles and Orange Counties, Sacramento, Denver and San Diego in April 2018; Baltimore, Boston, Philadelphia, Richmond, Chicago, Houston, Indianapolis, Minneapolis, and San Antonio in June 2018; Fort Lauderdale, Miami, Palm Beach, Long Island and New York City in July 2018; Columbus, Dayton, Portland, Greater Washington D.C., and additional New York City neighborhoods in August 2018; Charlotte, Las Vegas, Memphis, Nashville, New Orleans, Oklahoma City, Phoenix, Raleigh, Seattle and Tucson in September 2018; Albuquerque, Birmingham, Boise, Charleston, Colorado Springs, Hartford, Kansas City, Providence, Salt Lake City and Stamford, plus additional neighborhoods in Boston and Cincinnati, Annapolis, Cleveland, Louisville, North and Central New Jersey and Pittsburgh as well as additional locations in the San Francisco Bay Area in October 2018.

**Amazon Raises its Membership Prices**

22.     Amid instituting free Whole Foods delivery services for Amazon Prime members, - specifically, on April 26, 2018 – Amazon announced that, beginning on May 11, 2018, the cost of an Amazon Prime membership would increase from $99 to $119.  This was the first time Amazon increased the price of an Amazon Prime membership since 2014, when it increased the cost of Prime membership from $79 to $99.  While this increased cost immediately applied to new members who joined on or after May 11, 2018, preexisting Amazon Prime members' fees would increase upon renewal on or after June 16, 2018 (around the time of this announcement, Amazon had approximately 100 million members worldwide).

23.     Amazon, without a doubt, understood that offering free two-hour delivery Whole Food orders to Prime members increased the monetary value of Amazon Prime.  Amazon Chief Financial Officer, Brian Olsavsky, claimed that price increase is a natural consequence of the growing benefits associated with an Amazon Prime membership, including free deliveries from Whole Foods.  "We [at Amazon] continue to increase the value of Prime," Olsavsky celebrated.[7]

///

---

[7] https://arstechnica.com/information-technology/2018/04/amazon-to-raise-annual-membership-price-of-prime-to-119/.

## Amazon's Pandemic Profits Soared

24. Throughout 2019, Amazon continued to offer Whole Foods free delivery to more cities and states throughout the U.S. These cities included, Asheville, Charlottesville, Columbia, Lexington, Little Rock, Manchester, Mobile, Naples, and Savanah, as well as Chattanooga and Knoxville, Destin, Tallahassee, Greensboro, Wilmington, Allentown, Fort Collins, Huntsville and Montgomery, Jackson, Palm Desert, and Portland, Maine, to name a few.

25. In 2019, the number of adults that ordered groceries at least once a month was about 11%. However, that drastically changed when the COVID-19 pandemic hit.

26. By March 2020, Whole Foods was seeing an unprecedented demand for online orders and Prime members were scrambling to place online Whole Foods orders.

27. As a result, Amazon had to create a detailed plan on how it would address consumer demand for Whole Foods delivery recognizing that, "[w]ith the new world of social distancing and stay-at-home orders in place for most of the country, customers have generated unprecedented demand for grocery delivery."[8]

28. The decision to add in free Whole Foods deliveries was a lucrative decision for Amazon, as deliveries more than *tripled* for Whole Foods from 2019 to 2020, according to the supermarket.[9] According to Amazon's 2021 10-K, the company earned over $33.36 billion in net income. Amazon's pandemic profits soared.

29. In fact, Amazon reported a 70% increase in earnings in the first nine months of 2020, up $5.8 billion from a year earlier. As per a New York Times study, Amazon reported a near 200-percent rise in profits, accelerated by much of North America's swift shift to exclusively online shopping. Amazon's sales were $96.1 billion, up 37% from 2019.[10]

30. Amazon benefitted greatly from its Prime memberships. Amazon disclosed that 200 million people pay for Prime memberships, and subscription revenue for that service and

---

[8] https://www.aboutamazon.com/news/company-news/new-ways-were-getting-groceries-to-people-during-the-covid-19-crisis.
[9] Jay Greene, *Amazon Prime Members Bristle at News of Whole Foods Delivery Charge*, WASH. POST (Sept. 29, 2021).
[10] https://researchfdi.com/amazon-covid-19-pandemic-profits/.

others reached almost $7.6 billion in the first quarter 2021. In addition to paying Amazon $119 a year or $12.99 a month for free shipping and other perks (including free Whole Foods delivery), households with Prime memberships typically spend $3,000 a year on Amazon, more than twice what households without the membership spend, according to Morgan Stanley.[11]

**With Prime Members Accustomed, and Contractually Entitled to, Free Whole Foods Delivery, Amazon Unfairly Rescinds the Benefit**

31.  Despite Amazon's record 2021 profits, in the summer of 2021, Amazon piloted a new fee for Whole Foods delivery in six markets - Portland, Maine; Providence, Rhode Island; Manchester, New Hampshire; and the greater Detroit, Boston and Chicago areas - before making the move nationally.

32.  On September 24, 2021, Amazon announced the Whole Foods delivery fee nationally via email:

> Dear Prime Member,
>
> We are writing to let you know about an upcoming change to Prime grocery delivery benefits at Whole Foods Market in your area. Starting October 25, 2021, delivery orders from Whole Foods Market in your area will include a $9.95 service fee. This service fee helps to cover operating costs so we can continue to offer the same competitive everyday prices in-store and online at Whole Foods Market.
>
> . . .
>
> If you have questions about the grocery service fee at Whole Foods Market, you can learn more here. And if you'd like to make changes to your membership, you can go here.
>
> Sincerely,
>
> Amazon Prime

33.  Amazon's decision to impose a $9.95 Whole Foods delivery fee sparked outrage amongst Amazon Prime members.

34.  Brandy O'Neill, a food blogger who has ordered about $100 worth of groceries weekly from Whole Foods Market "signed up for Amazon Prime, which costs $119 annually, this

---

[11] https://www.nytimes.com/2021/04/29/technology/amazons-profits-triple.html.

COMPLAINT; DEMAND FOR JURY TRIAL    TRIAD LAW GROUP
21612 Chinook Road; Woodway, WA  98020
(425) 774-0138

year [2021] largely for the perk of Whole Foods delivery being included."[12] When Amazon announced the $9.95 fee for Whole Foods deliveries, she "felt they were taking away a service, and the fee is ridiculous…It's just rude."[13]

35. One Amazon Prime member disclosed on a Reddit post: "[I]t[']s no longer cost effective for me. Taking my grocery buying elsewhere. The next step is to evaluate my prime membership and if it still makes sense."[14]

36. Another member lamented: "Ah yes, having a $1.7 trillion market cap isn't enough, let's water down the Prime benefits even more."[15]

37. Yet another Amazon Prime member revealed: "I've only been keeping my prime membership because of the free delivery since I don't have a car. It's starting to become not worth being a member. Amazon has enough money charging a delivery fee is being greedy."[16]

38. Another member lamented: "I just renewed my year membership a couple months ago and big part of it was because of Whole Foods delivery that I'd order weekly. It was included in the membership and now it will cost $520 extra, or more than 4x the year membership price. At a time that Amazon more than doubled its market value they are starting to squeeze their customers, it became a monopoly. Prime isn't worthy anymore, home staples are perpetually out of stock, customer service just copy/paste canned texts. Time to look for alternatives."[17]

39. Amazon Prime members were rightfully upset. Not only was a contractual benefit that Prime members were entitled to under their $119 membership unilaterally revoked, but Amazon offered no partial refunds to members after modifying the contract. The "changes to your membership" link provided to Prime members in the September 24, 2021 notification email routed consumers to Amazon Prime's cancellation policy.

///

---

[12] Jay Greene, *Amazon Prime Members Bristle at News of Whole Foods Delivery Charge*, WASH. POST (Sept. 29, 2021).
[13] *Id.*
[14] Comment by barrach128 in September 2021.
[15] Comment by goodcowfilms in August 2021.
[16] Comment by Awkotaco95 in October 2021.
[17] Comment by damzkff in October 2021.

8

40. The Prime cancellation policy in place at the time read as follows:

> If you signed-up for your Prime membership directly through us, you may cancel your Prime membership any time by visiting Your Account and adjusting your membership settings. If you cancel within 3 business days of signing up for or converting from a free trial to a paid membership, we will refund your full membership fee; provided that we may charge you (or withhold from your refund) the value of Prime benefits used by you and your account during this 3-business day period. *If you cancel at any other time, we will refund your full membership fee only if you and your account did not make any eligible purchases or take advantage of Prime benefits since your latest Prime membership charge.* If you signed up for your Prime membership through a third party, you may need to contact the third party to cancel your membership or receive any refund under its applicable policies. Prime memberships redeemed through a Prime gift code or promotional code are not refundable.

41. Under this cancellation policy, Prime members who wanted to cancel their membership as a result of this unfair unilateral contract modification, but who had used Amazon's Prime service even once during their annual membership were not entitled to *any membership fee refund* whatsoever even though they had paid $119 for the benefit of free Whole Foods delivery.

42. By way of example, a Prime member who renewed her annual contract in early August 2021 paid $119 for Prime, including the benefit of free Whole Foods delivery. If that Prime Member ordered Whole Foods delivery once in August 2021, that Prime member was not entitled to cancel her membership and obtain a refund of *any* of the $119 membership fee, partial or otherwise, when Amazon notified Prime members that it would unilaterally modify the contract in October 2021.

43. Amazon has engaged in unfair business practices, breached its duty of good faith, and deprived Prime members of the benefit of their bargain.

## CLASS ACTION ALLEGATIONS

44. Plaintiffs bring this action on their own behalf and pursuant to Federal Rule of Civil Procedure 23. Plaintiffs intend to seek certification of a class defined as follows:

> All Amazon Prime members residing in the United States who ordered Amazon's Whole Foods free delivery and were annual members when the $9.95 fee was introduced on October 25, 2021 (the "Class").

45. Excluded from the Class are: (a) Defendant, including any entity in which any of the Defendant has a controlling interest, is a parent or a subsidiary of, or which is controlled by the Defendant; (b) the officers, directors, and legal representatives of Defendant; and (c) the judge and the court personnel in this case as well as any members of their immediate families. Plaintiffs reserve the right to amend the definition of the Class if discovery, further investigation and/or rulings by the Court dictate that it should be modified.

46. *Numerosity.* The members of the Class are so numerous that the joinder of all Class Members is impractical. While the exact number of Class Members is unknown to Plaintiffs at this time, given the number of Amazon Prime members in the United States, it stands to reason that the number of Class Members is at least in the thousands. Class Members are readily identifiable from information and records in Defendant's possession, custody, or control, such as account information and sales records.

47. *Commonality and Predominance.* There are questions of law and fact common to Class Members, which predominate over any questions affecting only individual Class Members. These common questions of law and fact include, without limitation, whether:

    a. Whether Defendant had formed valid contracts with Plaintiffs and Class Members;

    b. Whether there was a mutual understanding between Defendant and Plaintiffs and Class Members, and assent on the subject matter and essential terms of the contract;

    c. Whether Plaintiffs and Class Members performed their obligations under their contracts;

    d. Whether Defendant breached its contracts with Plaintiffs and Class Members;

    e. Whether Defendant breached its duty of good faith and fair dealing;

    f. Whether Defendant was unjustly enriched;

    g. Whether Defendant committed "unfair or deceptive acts or practices" as defined by RCW 19.86.020;

  h. Whether Plaintiffs and Class Members suffered damages; and

  i. Whether Plaintiffs and Class Members are entitled to damages.

48. *Typicality.* Plaintiffs' claims are typical of those of other Class Members because Plaintiffs, like the other Class Members, enrolled in Amazon Prime at an annual rate of $119 to benefit from Amazon's free two-hour delivery service for Whole Foods orders of at least $35.

49. *Adequacy of Representation.* Plaintiffs will fairly and adequately represent and protect the interests of the Class Members. Plaintiffs have retained competent counsel experienced in litigation of class actions, including consumer class actions, and Plaintiffs intend to prosecute this action vigorously. Plaintiffs and Class Members have a unified and non-conflicting interest in pursuing the same claims and obtaining the same relief. Therefore, all Class Members will be fairly and adequately represented by Plaintiffs and their counsel.

50. *Superiority of Class Action.* A class action is superior to other available methods for the fair and efficient adjudication of the claims alleged in this action. The adjudication of this controversy through a class action will avoid the possibility of inconsistent and potentially conflicting adjudications of the asserted claims. There will be no difficulty in the management of this action as a class action, and the disposition of the claims of the Class Members in a single action will provide substantial benefits to all parties and to the Court. Damages for any individual Class Member are likely insufficient to justify the cost of individual litigation so that, in the absence of class treatment, Defendant's violations of law inflicting substantial damages in the aggregate would go un-remedied.

51. Class certification is also appropriate because Defendant has acted or refused to act on grounds generally applicable to the Class Members, such that final injunctive relief or corresponding declaratory relief is appropriate as to the Class as a whole.

**CHOICE OF LAW**

52. Per Amazon's Conditions of Use, last updated on May 3, 2021, federal law and the laws of the state of Washington govern the resolution of the legal issues embodied in this Complaint.

///

## FIRST CAUSE OF ACTION

(Violation of the Consumer Protection Act, RCW 19.86.020)

53. Plaintiffs repeat and incorporate herein by reference each and every allegation contained in paragraphs 1 through 52, inclusive, of this Complaint as if set forth fully herein.

54. The Washington State Consumer Protection Act, RCW 19.86.020 (the "CPA") prohibits any "unfair or deceptive acts or practices" in the conduct of any trade or commerce as those terms are described by the CPA and relevant case law.

55. Defendant engages in "trade" and "commerce" as described in RWC 19.86.010(2) in that it engages in selling products and services, that directly and indirectly affect the people of the State of Washington. Moreover, Amazon is headquartered in Washington; its strategies, decision-making, and commercial transactions originate in Washington; most of its key operations and employees reside, work, and make company decisions in Washington; and Amazon and many of its employees are part of the people of the State of Washington.

56. By virtue of the above-described wrongful actions, Defendant engaged in unfair practices within the meaning, and in violation of, the CPA, in that Defendant's practices were injurious to the public interest because they injured other persons and have the capacity to injure other persons.

57. In the course of conducting business, Defendant committed "unfair or deceptive acts or practices" by, *inter alia*, unilaterally rescinding Amazon free Whole Foods delivery with a $35 purchase, an important term of which formed the basis of Plaintiffs' and Class Member's Prime membership contract with Defendant. Plaintiffs and Class Members reserve the right to allege other violations of law by Defendant constituting other unlawful business acts or practices.

58. The gravity of Defendant's wrongful conduct outweighs any alleged benefits attributable to such conduct. There were reasonably available alternatives to further Defendant's legitimate business interests other than engaging in the above-described wrongful conduct.

59. As a direct and proximate result of Amazon's violations of the Consumer Protection Act, Plaintiffs and Class members sustained injuries, including out-of-pocket losses for funds paid for their Amazon Prime membership without the benefit of free Whole Foods

12

delivery with a minimum $35 purchase.

60. Plaintiffs, on behalf of themselves and the Class Members also seek to recover actual damages sustained by each Class Member together with the costs of the suit, including reasonable attorney fees. In addition, Plaintiffs, on behalf of themselves and the Class Members request that this Court use its discretion, pursuant to RCW 19.86.090, to increase the damages award for each Class Member by three times the actual damages sustained not to exceed $25,000.00 per class member.

## SECOND CAUSE OF ACTION

(Breach of Contract)

61. Plaintiffs repeat and incorporate herein by reference each and every allegation contained in paragraphs 1 through 52, inclusive, of this Complaint as if set forth fully herein.

62. Plaintiffs and Class Members entered into a contract with Amazon for a Prime membership that included free Whole Foods delivery with a minimum $35 purchase for a yearly fee of $119.

63. Defendant breached the contract when Amazon rescinded free Whole Foods delivery with a minimum $35 purchase.

64. As a direct and proximate result of Defendant's contractual breach, Plaintiffs and the Class have been damaged.

65. Plaintiffs and the Class are entitled to damages caused by Defendant's breach of contract.

## THIRD CAUSE OF ACTION

(Breach of Duty of Good Faith and Fair Dealing)

66. Plaintiffs repeat and incorporate herein by reference each and every allegation contained in paragraphs 1 through 52, inclusive, of this Complaint as if set forth fully herein.

67. Defendant had a duty to perform its contractual obligations in good faith.

68. By failing to perform under the contract by continuing to provide Plaintiffs and the Class with free Whole Foods delivery with a minimum $35 purchase during the duration of Plaintiffs' and Class Member's annual contract, Defendant breached the implied covenant of good

faith and fair dealing.

69. As a direct and proximate result of Defendant's breaches of the implied covenant of good faith and fair dealing, Plaintiffs and the Class have been damaged.

70. Plaintiffs and the Class are entitled to damages caused by Defendant's breach of the implied covenant of good faith and fair dealing.

## FOURTH CAUSE OF ACTION

(Unjust Enrichment)

71. Plaintiffs repeat and incorporate herein by reference each and every allegation contained in paragraphs 1 through 52, inclusive, of this Complaint as if set forth fully herein.

72. Plaintiffs and Class Members conferred a benefit upon Defendant by paying Amazon $119 for an Amazon Prime membership.

73. Defendant accepted the $119 from Plaintiffs and Class Members.

74. Defendant retained the $119 membership fee paid by Plaintiffs and Class Members when it unilaterally revoked Prime members' benefit of free Whole Foods delivery with a minimum $35 purchase.

75. As a result of Defendant's actions, Amazon has been unjustly enriched.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of the Class, pray for relief as follows:

(1) For compensatory damages in an amount to be proven at trial;

(2) For costs of suit and litigation expenses;

(3) For such other and further relief as this Court may deem just and proper.

///
///
///
///
///
///

## DEMAND FOR JURY TRIAL

Plaintiffs, on behalf of themselves and all others similarly situated, hereby demand a jury trial for all claims so triable.

Dated: May 31, 2022

Respectfully submitted,

_____ WSBA #17661
Charles M. Greenberg, Esq.
**TRIAD LAW GROUP**

Thiago M. Coelho, Esq.
Jonas P. Mann, Esq.
Jennifer M. Leinbach, Esq.
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiffs and the Putative Class*