The Honorable Tana Lin

WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT

| | |
|---|---|
| PLAINTIFFS JOY PECZNICK and GIL KAUFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-00743<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Joy Pecznick and Gil Kaufman's Motion to Dismiss or Stay Griffith; or, in the alternative, to Appoint Wilshire Law Firm, PLC as Interim Class Counsel pursuant to Fed. R. Civ. Proc. 23(g) over their proposed class action ("Pecznick") against Defendant Amazon.com, Inc. consolidated with proposed class action *Griffith, et al. v. Amazon.com, Inc.,* Case No. 2:22-cv-00783-TL ("Griffith"). Having considered the motion, all relevant pleadings, the papers filed herein, and good cause appearing, this Court finds and orders as follows:

[PROPOSED] ORDER

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
(213) 381-9988

1   **THE COURT FINDS** that the dismissal of Griffith is appropriate under the first-to-file
2   rule as Pecznick meets all the threshold factors.

3   **IT IS HEREBY ORDERED** that *Griffith, et al. v. Amazon.com, Inc.,* Case No. 2:22-cv-
4   00783-TL is dismissed with prejudice.

5   **OR**, in the alternative:

6   **THE COURT FINDS** that a stay of Griffith is appropriate under the first-to-file rule as
7   Pecznick meets all the threshold factors.

8   **IT IS HEREBY ORDERED** that *Griffith, et al. v. Amazon.com, Inc.,* Case No. 2:22-cv-
9   00783-TL is stayed pending the outcome of Pecznick.

10  **OR**,

11  **THE COURT FINDS** that the appointment of interim class counsel is necessary to
12  protect the interests of the putative classes and to efficiently progress toward class certification
13  and trial. After considering the factors set forth in Federal Rule of Civil Procedure 23(g), the
14  Court hereby appoints Wilshire Law Firm, PLC as interim class counsel. Interim class counsel
15  has the sole authority to litigate this action on behalf of the plaintiffs and putative classes.

16  **IT IS HEREBY ORDERED** that the earliest-filed case, Pecznick, is designated the lead
17  case and shall hereinafter be captioned as *In Re Amazon Delivery Service Litigation*.

18  **IT IS FURTHER ORDERED** that all counsel file all further documents under Case
19  Number 2:22-cv-00743-TL only.

20  **IT IS FURTHER ORDERED** that Interim Class Counsel shall file a Consolidated
21  Amended Complaint with thirty (30) days of the date of this Order.

22

23  **IT IS SO ORDERED.**
24  Dated this ____ day of _____ , 2022

25

26
                                                   _____
27                                                 The Honorable Tana Lin
                                                   United States District Judge
28

[PROPOSED] ORDER

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
(213) 381-9988

Presented by,

s/ *Thiago M. Coelho*
Thiago M. Coelho (*pro hac vice*)
*thiago@wilshirelawfirm.com*
Jonas P. Mann (*pro hac vice*)
*jmann@wilshirelawfirm.com*
Jennifer M. Leinbach (*pro hac vice*)
*jleinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Charles M. Greenberg (License #17661)
*CMG@triadlawgroup.com*
**TRIAD LAW GROUP**
21612 Chinook Road
Woodway, WA 98020
Telephone: (425) 774-0138

*Attorneys for Plaintiffs
and Proposed Class Counsel*