THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON SERVICE FEE LITIGATION | Case No.: 2:22-cv-00743-TL<br><br>(CONSOLIDATED CASE)<br><br>**STIPULATION AND [PROPOSED] ORDER ON DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br><u>**NOTE ON MOTION CALENDAR:**</u><br>NOVEMBER 2, 2022 |

On September 27, 2022, this Court entered an Order Consolidating Cases, Denying Motion to Dismiss or Stay, and Appointing Interim Class Counsel. Dkt. No. 45. In that Order, the Court directed interim class counsel to file a consolidated amended complaint by October 27, 2022. *Id*.

On October 25, 2022, Plaintiff Dena Griffith filed her Amended Consolidated Class Action Complaint ("Complaint") against Defendant Amazon.com, Inc. Dkt. No. 47.

Through their respective counsel, the parties have stipulated to—and now jointly and respectfully request that the Court approve—an extension of time for Amazon to file a motion to dismiss the Complaint and the following briefing schedule with respect to that motion:

| | |
|---|---|
| Defendant's Motion to Dismiss: | December 16, 2022 |
| Plaintiff's Opposition | January 16, 2023 |
| Defendant's Reply | February 3, 2023 |

| | |
|---|---|
| Dated:  November 2, 2022 | Respectfully submitted, |

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423
    Y. Monica Chan, WSBA No. 58900
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Tel.:      206.389.4510
    Email:   bbuckley@fenwick.com
             mchan@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Tel.:      415.875.2300
Email:   jwakefield@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.

BORDE LAW PLLC

By: */s/ Manish Borde*
    Manish Borde, WSBA No. 39503
    600 Stewart St., 400
    Seattle, WA 98101
    Tel.:      206.531.2722
    Email:   mborde@bordelaw.com

SCHROETER GOLDMARK & BENDER
Adam J. Berger, WSBA # 20714
401 Union Street, Suite 3400
Seattle, WA  98101
Tel.: (206) 622-8000
Fax: (206) 682-2305
Email: berger@sgb-law.com

LAW OFFICES OF RONALD A. MARRON
Ronald A. Marron (admitted *pro hac vice*)
Michael T. Houchin (admitted *pro hac vice*)
Lilach Halperin (admitted *pro hac vice*)
651 Arroyo Drive
San Diego, CA 92103
Tel.:      619.696.9006

Email: ron@consumersadvocates.com
mike@consumersadvocates.com
lilach@consumersadvocates.com

*Interim Class Counsel*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 16th day of November, 2022.

_____
Tana Lin
United States District Judge

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511
Email:        bbuckley@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.

STIPULATION RE DISPOSITIVE
BRIEFING SCHEDULE
CASE NO.: 2:22-CV-00743-TL

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101