UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON SERVICE FEE
LITIGATION

CASE NO. 2:22-cv-00743-TL

(CONSOLIDATED CASE)

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana

Lin, United States District Judge:

Having entered the stipulated order on the parties' requested motion to dismiss deadlines

(Dkt. No. 49), the Court further ORDERS the parties to: (1) meet and confer again on a

potential initial case schedule after Plaintiffs have reviewed Defendant's motion to

dismiss; and (2) file a joint proposed scheduling order within **five (5) days** of the filing of

1    Defendant's motion to dismiss. If the parties are unable to agree on a schedule, they may

2    request assistance from the Court.

3    Dated this 16th day of November 2022.

4

5                                        Ravi Subramanian
                                         Clerk of the Court
6
                                         s/ Kadya Peter
7                                        Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24