# EXHIBIT B

From: **Amazon.com** <store-news@amazon.com>
Date: Fri, Sep 24, 2021 at 00:05
Subject: Changes to Your Prime Grocery Benefits for Whole Foods Market Grocery Delivery
To: <█████████████>

Learn more about this update: Frequently Asked Questions



Dear Prime Member,

We are writing to let you know about an upcoming change to Prime grocery delivery benefits at Whole Foods Market in your area. Starting October 25, 2021, delivery orders from Whole Foods Market in your area will include a $9.95 service fee. This service fee helps to cover operating costs so we can continue to offer the same competitive everyday prices in-store and online at Whole Foods Market.

One-hour grocery pickup at Whole Foods Market will continue to be free for Prime members in your area. Other exclusive benefits for Prime members at Whole Foods Market include special deals throughout the year and an additional 10% savings on top of sales prices storewide (excluding alcohol). Additionally, Prime members with an Amazon Prime Rewards Visa card will continue to get 5% back on all credit card purchases in-store and online at Whole Foods Market. Two-hour grocery delivery from Amazon Fresh remains free for Prime members.

As a Prime member, you continue to enjoy a wide range of unparalleled shopping, savings and entertainment benefits, including fast, free delivery on millions of items, free delivery on prescriptions from Amazon Pharmacy and other prescription savings, award-winning movies and TV series with Prime Video, ad-free listening of 2 million songs, thousands of stations and playlists, plus thousands of podcasts with Amazon Music, free in-game content and games with Prime Gaming, books and magazines with Prime Reading, unlimited photo storage with Amazon Photos, and more.

If you have questions about the grocery service fee at Whole Foods Market, you can learn more here. And if you'd like to make changes to your membership, you can go here.

Sincerely,

Amazon Prime



   

© 2021 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, the Amazon.com logo, and 1-Click are registered trademarks of Amazon.com, Inc. or its affiliates. Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210. Reference 604975040

Please note that this message was sent to the following e-mail address: █████████████