# EXHIBIT C



**CNN BUSINESS**

Audio   Live TV   [ Log In ]

| Markets → | | |
|---|---|---|
| DOW | 34,227.28 | 0.38% ▲ |
| S&P 500 | 4,029.33 | 0.64% ▲ |
| NASDAQ | 11,298.03 | 1.11% ▲ |

Fear & Greed Index →

66

## Amazon slaps a $9.95 fee on Whole Foods deliveries. And Walmart pounces

By Moira Ritter, CNN Business
Published 5:47 PM EDT, Thu October 28, 2021



☐ Video Ad Feedback

Amazon built a robot for your home. And it can beatbox.

01:39 - Source: CNN Business

 ▶ 01:39

Amazon built a robot for your home. And it can beatbox.

Video shows workers clash with police at world's largest iPhone assembly factory

[ See More Videos ]

**New York (CNN Business)** — Whole Foods shoppers may have received a shock this week if they noticed a new $9.95 delivery fee on orders placed through Amazon Prime.

Amazon (AMZN), which acquired Whole Foods in 2017, had previously offered free two-hour delivery for Prime members, but warned shoppers last month a new charge was coming.

The fee was put in place to help cover delivery operating costs like equipment and technology without raising product prices, a Whole Foods spokesperson told CNN Business. Whole Foods delivered three times as many orders in 2020 as it did in 2019, the spokesperson added, as the pandemic deepened customers' dependence on delivery.

Although the fee is new, some Prime perks will remain, including free pickup on orders over $35 and exclusive discounts.

## Walmart's response

Walmart (WMT) didn't waste any time trolling its retail rival.

In an email to customers last week, Walmart announced that anyone who signed up for Walmart+ — the retailer's version of Prime — on Monday, would receive $9.95 back.

"Because customers deserve a grocery delivery service that won't leave a Whole in their wallet for delivery fees — whoops, typo," the email reads.

Walmart+ offers subscribers free grocery delivery, free shipping with no order minimum and contact-free checkout. The subscription costs $12.95 per month, or $98 for the year. Amazon prime costs $12.99 per month, or $119 for the year.


lendingtree

| | Mortgage | Personal Loans | Credit Cards |
|---|---|---|---|

| Loan Type | Rate | APR |
|---|---|---|
| 30-yr fixed | 6.50% | 6.60% |
| 15-yr fixed | 5.99% | 6.31% |
| 5/1 ARM | 4.25% | 3.31% |

| Loan Amount | APR | Payment |
|---|---|---|
| $225,000 (5/1 ARM) | 3.31% | $1,106.86/mo |
| $350,000 (5/1 ARM) | 6.03% | $2,098.43/mo |

**calculate payment**



**RELATED ARTICLE**
Christmas is going to be great for stores, if their names are Walmart or Target

## Retail rivalry

Walmart's snarky response is just the latest in the competition between the two mega-retailers.

In August, Walmart launched its own delivery service, GoLocal. The service delivers goods to customers from other business' websites, and is a part of Walmart's strategy to expand its offerings. Home Depot was the service's first partner earlier this month.

Both Walmart and Amazon have also already started rolling out Black Friday deals, too.

Amazon began offering "Black Friday-worthy" deals earlier this month. Walmart will introduce its "Black Friday Deals for Days" promotion for the second year in a row starting November 3. The promotion includes sales during every week in November.

*- CNN Business's Danielle Wiener-Bronner, Nathaniel Meyersohn and Jordan Valinsky contributed to this report.*

**PAID PARTNER CONTENT**

Dianomi ▷



**Tax-Loss Harvesting Benefits**

Charles Schwab



**How to Take the First Step Toward Investing**
sponsored by Charles Schwab



**Earn up to $2,000 with a new Citigold account and required activities.**
sponsored by CITIGOLD® OFFER



**Grow your career with us—apply today.**
sponsored by Fidelity Investments

tastyworks.  |  Sponsored by  tastyworks

Get my bonus



**Get up to $2,000\* and a better broker when you open and fund a new account with tastyworks. You can have it all with tastyworks, low rates, lightning-fast technology, and world class support.**

\*Earn up to $2,000 bonus. Terms and Conditions apply. Void where prohibited. See info.tastyworks.com/tasty-offer for full details. Offer expires 1/31/23.





**Wealthy entrepreneur says he's found next big bankruptcy and collapse**

Sponsored by Stansberry Research



**Finance with confidence. Lock in your rate.**

Sponsored by Chase Multifamily Lending



**Do You Have Enough To Retire? Use Our Free Retirement Calculator.**

Sponsored by Personal Capital



**Guangzhou Covid-19: China locks down key transportation hub;...**



**What a Republican-controlled House could mean for Silicon Valley**

https://www.cnn.com/2021/10/28/business/walmart-amazon-prime-fee/index.html          November 23, 2022

21 Nov                                              17 Nov



**5 Companies That Send People Money
When They're Asked Nicely**

Sponsored by The Penny Hoarder



**See how younger investors are
redefining advice.**

Sponsored by Fidelity Investments



**What's Your APY? These Savings
Accounts Have 11X the Average.**

Sponsored by NerdWallet



**5 Companies That Send People Money When
They're Asked Nicely**
sponsored by The Penny Hoarder



**6 "Forever" Dividend Stocks to Buy and Hold for
a Carefree Retirement**
sponsored by Wealthy Retirement



**Wall Street Legend Warns "Financial Reset" is
Coming**
sponsored by Chaikin Analytics



**California: The List Of The Top Financial
Advisor Firms Is Out**
smartasset

[Click Here >]



**Guangzhou Covid-19: China locks down
key transportation hub;...**

21 Nov



**Bob Iger moves fast to dismantle
Chapek's reorganization of Disney**

22 Nov



**As Meta and Twitter slash staff, TikTok
plans to keep hiring**

21 Nov



**6 Odd Things Millionaires Do With Money, But Most of Us
Haven't Tried**

sponsored by The Penny Hoarder



**5 Companies That Send People Money When They're Asked
Nicely**

sponsored by The Penny Hoarder



**Hands Down One of the Best Cards for
Good Credit**

sponsored by The Ascent



**Will this be America's next big
bankruptcy?**

sponsored by Stansberry Research



**Network with your executive peers
from around the world.**

sponsored by HBS Executive Education







**Do You Have Enough To Retire? Use Our Free Retirement Calculator.**

sponsored by Personal Capital

**The Top EV of the Decade?**

sponsored by Empire Financial Research

**$250,000 in Term Life Coverage Starting at $13/month**

sponsored by AIG Direct







**Our Picks for A+ Savings Accounts Offer Up to 11X Average APY**

sponsored by NerdWallet

**Wall Street Legend Warns "Financial Reset" is Coming**

sponsored by Chaikin Analytics

**6 "Forever" Dividend Stocks to Buy and Hold for a Carefree Retirement**

sponsored by Wealthy Retirement

---

**MORE FROM CNN BUSINESS**


Mortgage rates fall for the second week in a row


A house price slump is coming. Rising unemployment could make it much worse

---

**CNN BUSINESS VIDEOS**


James Cameron says Winslet's reputation made him question her role in 'Titanic'


Video shows workers clash with police at world's largest iPhone assembly factory


Rivian has a cult-like following. Can the maker of pricey EVs scale?

 Hasbro CEO: What games are hot — and not — this holiday season

---

CONTENT BY GREENSPROUT

The shocking revelation about Prime memberships

You'll want to know this if you have Amazon Prime

You'll want to know this if you have Amazon Prime

The Prime benefit Amazon doesn't tell you about

Do this before renewing Amazon Prime, it's genius

---

CONTENT BY DR. MARTY'S

If Your Dog Licks It's Paws (Do This Immediately)

Top US Vet: "This Dog Behavior Is Not Normal"

If Your Dog Licks Its Paws (Do This Everyday)

Top US Vet Shares 3 Dangerous Red Flags In Dog Behavior

Canine Health Is On The Decline & Here's Why



| Paid Links | ▷ ⌀ |
|---|---|
| 4% Interest Savings Accounts | |
| $30/Hour at Home Jobs | |
| AARP Dental Plans Cost | |
| Medicare Part B Cost for 2022 | |
| Best Dividend Paying Stock List | |

