# EXHIBIT F




# Schedule your order

**Select a location**

**Doorstep Delivery:** our dr vers w ll make contactless drop off and leave the order at your doorstep or at a des gnated safe locat on.

**Delivery to:**
[redacted]  Change

**Pickup at**
Select a p ckup store

**Select a day**

| Today | Tomorrow |
|---|---|
| Jun 9 | Jun 10 |
| Not available | |

**Select a time**

Be sure to **immediately store your chilled/frozen items and perishables upon delivery** to ma nta n the safety and qual ty of these  tems.

Next available

| 11:00 AM - 1:00 PM | $9.95 |

2-hour delivery windows

| 7:00 AM - 9:00 AM | Not available |
| 9:00 AM - 11:00 AM | Not available |
| 1:00 PM - 3:00 PM | $9.95 |
| 3:00 PM - 5:00 PM | $9.95 |
| 5:00 PM - 7:00 PM | $9.95 |
| 7:00 PM - 9:00 PM | $9.95 |
| 9:00 PM - 11:00 PM | $9.95 |

**Doorstep Delivery:** Tomorrow, Jun 10, 11:00 AM - 1:00 PM

Continue