1

2                                                      THE HONORABLE TANA LIN

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
10                                 AT SEATTLE

11   IN RE:                                    NO. 2:22-cv-00743-TL
                                               (Consolidated Case)
12   AMAZON SERVICE FEE LITIGATION
                                               STIPULATION AND PROPOSED ORDER
13                                             ON DISPOSITIVE MOTION BRIEFING
                                               SCHEDULE
14

15          On November 16, 2022, this Court entered an Order, pursuant to a Stipulation by the

16   Parties, setting the following briefing schedule on Defendant's Motion to Dismiss the

17   Consolidated Amended Complaint:

18          Defendant's Motion to Dismiss:              December 16, 2022

19          Plaintiff's Opposition                      January 16, 2023

20          Defendant's Reply                           February 3, 2023

21          Dkt. No. 49. On December 16, 2022, Defendant filed its Motion to Dismiss the

22   Consolidated Amended Complaint. Dkt. No. 51.

23          The Parties now respectfully request an extension of the briefing schedule in light of

24   Plaintiff's counsel's unavailability during the holiday season.  Through their respective

25

STIPULATION AND PROPOSED ORDER ON DISPOSITIVE          **BORDE LAW PLLC**
MOTION BRIEFING SCHEDULE - 1                            600 Stewart Street, Suite 400
                                                        Seattle, Washington 98101
                                                        (206) 531-2722

counsel, the parties have stipulated to—and now jointly and respectfully request that the Court

approve—an extension of the briefing schedule on Amazon's Motion to Dismiss as follows:

Plaintiff's Opposition Due:      January 30, 2023

Defendant's Reply Due:      March 3, 2023

DATED this 27th day of December, 2022

**BORDE LAW PLLC**

By: s/ Manish Borde
Manish Borde, WSBA #39503
600 Stewart St., 400
Seattle, WA 98101
Telephone: (206) 531-2722
Email: mborde@bordelaw.com

**SCHROETER GOLDMARK & BENDER**

By: s/ Adam J. Berger
Adam J. Berger, WSBA # 20714
401 Union Street, Suite 3400
Seattle, WA  98101
Telephone: (206) 622-8000
Fax: (206) 682-2305
Email: berger@sgb-law.com

**LAW OFFICES OF RONALD A. MARRON**

By: s/ Ronald A. Marron
Ronald A. Marron (*pro hac vice*)
Michael T. Houchin (*pro hac vice*)
Lilach Halperin (*pro hac vice*)
651 Arroyo Drive

STIPULATION AND PROPOSED ORDER ON DISPOSITIVE
MOTION BRIEFING SCHEDULE - 2

**BORDE LAW PLLC**
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 531-2722

San Diego, CA 92103
Telephone: (619) 696-9006
Fax: (619) 564-6665
Email: ron@consumersadvocates.com
mike@consumersadvocates.com
lilach@consumersadvocates.com

**Interim Class Counsel**

**FENWICK & WEST LLP**

By: s/ Brian D. Buckley (per email authority)
Brian D. Buckley, WSBA No. 26423
Y. Monica Chan, WSBA No. 58900

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:        206.389.4510
Facsimile:        206.389.4511
Email:            bbuckley@fenwick.com
                  mchan@fenwick.com

**Counsel for Defendant**
**AMAZON.COM, INC.**

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated this 28th day of December, 2022.

Tana Lin
United States District Judge

STIPULATION AND PROPOSED ORDER ON DISPOSITIVE
MOTION BRIEFING SCHEDULE - 3

BORDE LAW PLLC
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 531-2722