THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON SERVICE FEE LITIGATION | Case No.: 2:22-cv-00743-TL <br><br> (CONSOLIDATED CASE) <br><br> **STIPULATION AND ORDER SETTING DISPOSITIVE MOTION BRIEFING SCHEDULE** <br><br> **NOTE ON MOTION CALENDAR:** <br> JANUARY 12, 2024 |

On December 7, 2023, the Court granted Defendant Amazon.com, Inc.'s Motion to Dismiss Plaintiff's Amended Consolidated Complaint, with leave to amend. Dkt. No. 72. Plaintiff filed a First Amended Consolidated Class Action Complaint ("FAC") on January 8, 2024. Dkt. No. 73. Pursuant to Judge Lin's Standing Order for All Civil Cases, the parties have stipulated to and respectfully request that the Court approve an extension of time for Amazon to move to dismiss and/or strike the FAC, and set the following briefing schedule for that motion:

| | |
|---|---|
| Amazon's Opening Motion: | February 5, 2024 |
| Plaintiff's Opposition: | March 1, 2024 |
| Amazon's Reply: | March 15, 2024 |

Dated: January 12, 2024

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
Y. Monica Chan, WSBA No. 58900
401 Union Street, 5th Floor
Seattle, WA  98101

|   |   |
|---|---|
| Tel.: | 206.389.4510 |
| Email: | bbuckley@fenwick.com |
|   | mchan@fenwick.com |

Jedediah Wakefield (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Tel.:       415.875.2300
Email:    jwakefield@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.

SHROETER GOLDMARK & BENDER

By: *s/ Adam J. Berger*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Carson Phillips-Spotts, WSBA #51207
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
spotts@sgb-law.com

BORDE LAW PLLC
Manish Borde, WSBA #39503
600 Stewart St., 400 | Seattle, WA 98101
Telephone: (206) 531-2722
mborde@bordelaw.com

LAW OFFICES OF RONALD A. MARRON
Ronald A. Marron (pro hac vice)
Michael T. Houchin (pro hac vice)
Lilach Halperin (pro hac vice)
651 Arroyo Drive | San Diego, CA 92103
Telephone: (619) 696-9006
ron@consumersadvocates.com
mike@consumersadvocates.com
lilach@consumersadvocates.com

*Counsel for Plaintiff*

**SO ORDERED.**

Dated this 12th day of January 2024.

Tana Lin
United States District Judge

STIPULATION RE RENEWED
DISPOSITVE BRIEFING SCHEDULE
CASE NO.: 2:22-CV-00743-TL

- 2 -