## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON SERVICE FEE LITIGATION | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:22-cv-00743-TL<br><br>(CONSOLIDATED CASE) |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court having dismissed the First Amended Consolidated Class Action Complaint (Dkt. No. 76), and Plaintiff having not amended her complaint, this matter is DISMISSED with prejudice.

Dated August 28, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kadya Peter<br>
Deputy Clerk